UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVINO DEL BENE U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHORELINE PRODUCTS, INC. d/b/a SOLA PRODUCTS<br><br>Defendant. | Case No.1:24-cv-5031<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on July 2, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, SHORELINE PRODUCTS, INC. d/b/a SOLA PRODUCTS, on July 23, 2024 by delivering a copy of said Summons and Complaint to Javier Espinosa, authorized agent of SOLA's registered agent, Casandra House, and a proof of service having been filed on July 26, 2024 and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff, SAVINO DEL BENE U.S.A., INC. shall have judgment against Defendant in the liquidated amount of $213,399.65. This Judgment shall bear interest at the statutory rate of 4.45% per year, for which let execution issue herewith.

DATED: November 1, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge